# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 19-2476 |
| : | |
| **JOHN DOE,** : | |
| Defendant. : | |

## O R D E R

**AND NOW**, this 20th day of June, 2019, it is hereby **ORDERED** that Plaintiff shall submit a weekly status report on its efforts to identify and serve Defendant **no later than** **2:00 p.m. every Friday**, beginning **June 28, 2019**. Specifically, Plaintiff shall address: (1) when, and upon whom, it has served Rule 45 subpoenas; and (2) whether it has received a response to any subpoena that identifies Defendant. If Plaintiff has received a response that identifies Defendant, Plaintiff shall: (1) describe what, if any, efforts it has made to serve the Summons and Complaint on Defendant; and (2) state whether it has otherwise contacted Defendant, and if so, explain the nature of that contact. This Order shall terminate upon Plaintiff's service of Defendant with the Summons and Complaint.

**IT IS FURTHER ORDERED** that the **CLERK OF COURT** shall **PLACE** this case in the **CIVIL SUSPENSE FILE** pending service of the Summons and Complaint on Defendant.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.