# The Atkin Firm, LLC
Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
\* Member of NJ, NY, and PA Bar

Tel: (973) 285-3239
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

July 20, 2019

The Honorable Paul S. Diamond
James A. Byrne Courthouse, Room 14614
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1743

**Re:**   *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 173.59.41.240*
*Civil Action No. 2:19-cv-02476-PD*

Dear Judge Diamond:

    As you know, I represent Plaintiff in the above-captioned matter. I am submitting this letter as a status report as required by Your Honor's Order dated June 20, 2019. On June 24, 2019, the Court granted Plaintiff leave to serve a third party subpoena to Verizon, Defendant's ISP. On June 28, 2019, Plaintiff served the subpoena on Defendant's ISP, along with a copy of the Court's June 24, 2019 Order and Court-Directed Notice Regarding Issuance of a Subpoena. Plaintiff also provided Verizon with a courtesy copy of the subpoena and attachments by email.

    Plaintiff expects to receive a response to the subpoena on or about July 26, 2019.

    I note that although Your Honor's previous Order required status reports to be filed every Friday before 2:00pm [ECF No. 5], this (fourth) status report has been filed at approximately 4:30 am on Saturday, July 20, 2019, due to an inadvertent oversight on counsel's part. I respectfully apologize for any inconvenience this has caused the Court.

Respectfully Submitted,

*/s/ John C. Atkin*

John C. Atkin, Esq.